Dr. John T. Reynolds, et al., Plaintiffs-Appellees, v. Samuel R. Stephens, Defendant-Appellant.

Gen. No. 50,696.

First District, Third Division.

April 14, 1966.

Levi H. Morris, of Chicago, for appellant; Jerome Goldstick, of Chicago, for appellees. Opinion by JUSTICE DEMPSEY. Not to be published in full.